**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 13, 2023

Ms. Andree Sophia Blumstein
Mr. Matthew Franklin Kuhn

Re:   Case No. 21-6108, *Commonwealth of KY, et al v. Janet Yellen, et al*
      Originating Case No.: 3:21-cv-00017

Dear Counsel,

   This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

   Your response, not to exceed 3900 words, must be filed not later than the close of business on Monday, **March 27, 2023**.

   Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:  Mr. Paul D. Clement
     Mr. Drew Curtis Ensign
     Mr. Joseph Henchman
     Mr. Clark Lassiter Hildabrand
     Ms. Alisa B. Klein
     Mr. Sheng Tao Li
     Mr. Brandon James Smith
     Mr. Daniel Winik